**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AARON KATZEL,<br><br>                Plaintiff,<br><br>    -against-<br><br>AMERICAN INTERNATIONAL GROUP, INC., PETER SOLMSSEN, LUCY FATO,<br><br>                Defendants | INDEX NO. 20-cv-07220 |

### NOTICE OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

**PLEASE TAKE NOTICE** that, upon the Declaration of Andrew J. Levander, dated October 9, 2020 and the exhibits annexed thereto, the accompanying memorandum of law, Defendants American International Group, Inc. ("AIG"), Peter Solmssen and Lucy Fato (collectively, the "Defendants"), by and through their attorneys Dechert LLP, will move this Court before the Honorable Alvin K. Hellerstein at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, Courtroom 14D, on a date and time to be set by the Court, for an order dismissing with prejudice all Counts of the Complaint as against them, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, as well as for such other and further relief that this Court deems just and proper.

Dated: New York, New York.
October 9, 2020

Respectfully submitted,

By: /s/ *Andrew J. Levander*
    Andrew J. Levander
    Benjamin E. Rosenberg
    Ryan Strong

Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
(212 ) 698-3500
andrew.levander@dechert.com
benjamin.rosenberg@dechert.com
ryan.strong@dechert.com

*Attorneys for Defendants AIG, Peter Solmssen and Lucy Fato*