THE LAW OFFICES OF
# NEAL BRICKMAN, P.C.
420 LEXINGTON AVENUE, SUITE 2440
NEW YORK, NEW YORK 10170

| | |
|---|---|
| NEAL BRICKMAN | **TELEPHONE:** |
| JUDITH L. GOLDSBOROUGH | **(212) 986-6840** |
| ETHAN Y. LEONARD | |
| VIRIGNIA A. REILLY | **TELECOPIER:** |
| JASON A. STEWART | **(212) 986-7691** |

November 4, 2020

<u>Via ECF Only</u>

Honorable Alvin K. Hellerstein, U.S.D.J.
Unites States District Court
Southern District of New York
New York, New York 10007
(212) 805-0152

       Re: *Katzel v. AIG, et al.*
          Case No: 20-CV-07220 (AKH)
          Stipulated Correspondence

Dear Judge Hellerstein:

  We represent the Plaintiff, Aaron Katzel, in the above-referenced matter. We write today in conjunction with counsel for the Individual Defendants, Ms. Fato and Mr. Solmssen. Specifically, we write to request that the Court adopt the below schedule in connection with the Notices of Motion for Reconsideration filed on behalf of these two Defendants. This is the parties' first request for an adjournment related to the Notices of Motion for Reconsideration.

1. Plaintiff will file his responsive papers, currently due on November 9, 2020, on or before November 17, 2020; and
2. Ms. Fato and Mr. Solmssen will file their Reply papers, currently due on November 16, 2020, if any, on or before December 4, 2020.
3. Ms. Fato and Mr. Solmssen will file their Answers to the Complaint, currently due on November 6, 2020, if required, within seven days after the Court rules on their motions for reconsideration.

   The parties are mindful of the November 20, 2020 conference that the Court has scheduled in this matter. The parties respectfully submit that it may be appropriate to adjourn the November 20, 2020 conference until after the Court rules on Ms. Fato's and Mr. Solmssen's motions for reconsideration, but the parties certainly are available to go forward on that date if the Court prefers.

   We thank the Court for its time, attention, and assistance in this regard.

                Respectfully submitted,

                Ethan Leonard (EL2497)

Cc: All counsel (Via ECF)

SO ORDERED:

_____
HON. ALVIN K. HELLERSTEIN, U.S.D.J.