UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
AARON KATZEL, :
:
                Plaintiff, : **ORDER REGULATING**
   v. : **DISCOVERY**
:
AMERICAN INTERNATIONAL GROUP, : 20 Civ. 7220 (AKH)
:
                Defendant. :
:
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The following rulings resolve the disputes tendered to me by joint letter of October 21, 2021, pursuant to Indiv. R. 2E (ECF No. 69).

    1.    Provided both parties consent by a signed writing that identified discovery in the OSHA proceeding is usable in this lawsuit, Plaintiff may take additional depositions of Messrs. Solmssen and Owczarek, and defendant may take an additional deposition of plaintiff. Questions shall be limited to matters not previously covered, and about documents not previously possessed, by the examining party when the depositions were taken previously. Depositions may not exceed three hours each, including a 15-minute recess. Objections shall not exceed one line of transcript, unless the examining party asks for explanations. The additional depositions of Solmssen and Owczarek shall precede the additional deposition of plaintiff.

2. The documents in issue as to privilege shall be brought to courtroom 14D on November 4, 2021, at 10:30 a.m. and exhibited to me for rulings. Counsel for both parties shall be present and present arguments.

SO ORDERED.

Dated: October 25, 2021            /s/ Alvin K. Hellerstein
       New York, New York            ALVIN K. HELLERSTEIN
                                                    United States District Judge