UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                      :

AARON KATZEL,

                       Plaintiff,        :    **ORDER REGULATING**

v.                                             :    **PROCEEDINGS**

AMERICAN INTERNATIONAL GROUP,    :    20 Civ. 7220 (AKH)

                    Defendant.      :

------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The discovery disputes will be dealt with at the conference scheduled for November 5, 2021. The conference scheduled for November 4, 2021 is cancelled.

        SO ORDERED.

Dated:    October 27, 2021                /s/ Alvin K. Hellerstein
             New York, New York         ALVIN K. HELLERSTEIN
                                                  United States District Judge