UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
AARON KATZEL,                                                  :
                                                               :
                              Plaintiff,   :   **ORDER REGULATING**
   v.                                                         :   **PROCEEDINGS**
                                                               :
AMERICAN INTERNATIONAL GROUP,                                  :   20 Civ. 7220 (AKH)
                                                               :
                           Defendant.   :
                                                               :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The documents in issue as to privilege shall be brought to courtroom 14D on November 9, 2021, at 2:30 p.m. and exhibited to me for rulings. Counsel for both parties shall be present and present arguments. The conference scheduled for November 5, 2021 is cancelled.

        SO ORDERED.

Dated:    November 3, 2021                /s/ Alvin K. Hellerstein
            New York, New York           ALVIN K. HELLERSTEIN
                                               United States District Judge