UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                                                          :

AARON KATZEL,
                               Plaintiff,        :      **ORDER REGULATING**
v.                                                     :      **PROCEEDINGS**

AMERICAN INTERNATIONAL GROUP,        :      20 Civ. 7220 (AKH)

                        Defendant.      :

------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The conference scheduled for November 9, 2021 is adjourned to Friday, November 12, 2021, at 11:00 a.m., which will be held via the following call-in number:

        **Call-in number: 888-363-4749**

        **Access code: 7518680**

        To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

        Finally, Defendant shall, by noon November 9, 2021, email the documents in issue, and identify each by exhibit numbers, to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov).

        The parties shall also submit a list of all counsel expected to appear on the record, along with their contact information.

        SO ORDERED.

Dated:     November 8, 2021                  /s/ Alvin K. Hellerstein
              New York, New York           ALVIN K. HELLERSTEIN
                                                      United States District Judge