UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

AARON KATZEL,

                        Plaintiff,

      -against-                             **ORDER REGULATING**
                                                     **DISCOVERY DISPUTE**

AMERICAN INTERNATIONAL GROUP,
INC.,

                                                     20 Civ. 7220 (AKH)

                       Defendant.

------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On October 21, 2021, the parties submitted a discovery dispute to the Court by joint letter, pursuant to Rule 2.E of my Individual Rules. *See* Joint Letter, ECF 69. Plaintiff seeks an order compelling Defendant to produce documents asserted to be privileged as attorney-client communications or work product. On November 9, 2021, Defendant submitted its privilege log and the documents in issue for in camera review. I have reviewed each of the documents and rule as follows:

1. The following exhibits are privileged attorney-client communications and not required to be produced. They all represent a request for advice from a lawyer, response giving such advice, and the sharing of information with people having a need to know—namely, Human Resources. A chart summarizing relevant informant constitutes work product prepared in anticipation of the instant legal dispute:

   Exhibits 63A, 64, 64A, 66, 67, 68, 69, 70, 71, 73, 73A, 75, 76, 77, 77A, 131, 132, 132A, 134, 135, 136, 138, 138A, 141, 143, 144, 145.

2. The following exhibits are not privileged and must be produced because they contain representation of statements made by Plaintiff's lawyer sent by one non-lawyer to another non-lawyer, or similar communications between non-lawyers:

   Exhibits 63, 130, 133, 137.

3. The following exhibits are partially privileged, which must be produced, but may be redacted as follows:

   a. Exhibit 139: Defendant must produce the top two emails but may redact the remainder.

   b. Exhibit 140: Defendant must produce the top three emails but may redact the remainder.

Production shall be made by November 19, 2021. The conference and argument date scheduled for November 12, 2021 is canceled. The parties shall appear for a status conference on December 3, 2021 at 10:00 a.m.

SO ORDERED.

Dated:   November 10, 2021
         New York, New York

/s/ Alvin K. Hellerstein
ALVIN K. HELLERSTEIN
United States District Judge