**Davis Polk**

Antonio J. Perez-Marques
+1 212 450 4559
antonio.perez@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

December 6, 2021

Re: *Katzel v. American International Group, Inc.*, No. 20-CV-07220

**Via ECF**

Hon. Alvin K. Hellerstein
United Stated District Court
Southern District of New York
500 Pearl Street
New York, NY 10017
(212) 805-0125

Dear Judge Hellerstein:

We represent defendant American International Group, Inc. in *Katzel v. American International Group, Inc.*, No. 20-CV-07220, and we write on behalf of both parties pursuant to the Court's instruction at the December 3, 2021 conference. Below is the parties' agreed-upon schedule for remaining discovery, as modified by the Court at the December 3, 2021 conference, which the Court indicated will not be adjourned.

| Event | Deadline |
| --- | --- |
| Deadline to Complete all Non-Party Document Productions | 12/22/2021 |
| Deadline to Complete All Outstanding Depositions, including Non-Party Depositions | 1/10/2022 |
| Disclose Affirmative Experts | 1/24/2022 |
| Disclose Rebuttal Experts | 2/7/2022 |
| Deadline to Complete Psychological Evaluation of Aaron Katzel | 2/28/2022 |
| Affirmative Expert Reports | 3/15/2022 |
| Rebuttal Expert Reports | 4/15/2022 |
| Deadline to Complete Expert Depositions | 5/13/2022 |
| Status Conference | 5/20/2022, 10:00 a.m. |

**Davis Polk**

Respectfully Submitted,

/s/ Antonio J. Perez-Marques

Antonio J. Perez-Marques

cc: All Counsel of Record (via ECF)