# Exhibit YY

| | |
|---|---|
| **Message** | |
| **From**: | LTICompensation [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F1FD4FACEBD04BCDB47BFF654FFA33FC-LTICOMPENSA] |
| **Sent**: | 6/20/2017 6:13:37 PM |
| **To**: | aaron.katzel@gmail.com |
| **Subject**: | FW: URGENT: Action Needed on Your 2017 Long Term Incentive (LTI) Award |

*You are receiving the following message from Global Compensation as a recipient of a 2017 Long-Term Incentive Award*

Dear Former Colleague,

We are writing to remind you to accept the terms and conditions of your 2017 Long-Term Incentive award, and to offer any assistance you may need to complete this process.

Your immediate attention at this time is required. Failure to accept your award within 90 days of receiving initial communications may result in cancellation of your 2017 award.

To accept your LTI award, please access your UBS account using the link below.

# http://www.ubs.com/onesource/aig

Information about the 2017 LTI Program is available in the UBS Library.

If you have any questions or concerns, please email LTICompensation@aig.com