# Exhibit ZZ

Message

| | |
|---|---|
| **From**: | LTICompensation [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F1FD4FACEBD04BCDB47BFF654FFA33FC-LTICOMPENSA] |
| **Sent**: | 5/5/2017 9:19:27 PM |
| **To**: | LTICompensation [LTICompensation@aig.com] |
| **BCC**: | |

# Redacted

CONFIDENTIAL



 AIG_0004907



CONFIDENTIAL

AIG_0004908

# Redacted

**Redacted**                                                            Katzel, Aaron

[Aaron.Katzel@aig.com];                          **Redacted**

# Redacted



CONFIDENTIAL

AIG_0004910



CONFIDENTIAL



CONFIDENTIAL

# Redacted

**Subject:**    Important Reminder: Please accept your 2017 LTI Award

Dear Colleague,

It has come to our attention that due to additional AIG security measures on inbound emails, you may not have received the UBS Elert below.  We are working with the AIG Helpdesk to remediate this issue.

CONFIDENTIAL

We apologize for any inconvenience this may have caused and ask that you <u>follow the instructions below to accept your 2017 LTI awards</u>. In addition, if you have not already done so, we strongly encourage you to add a personal email address to your UBS profile.

Please contact <u>LTICompensation@aig.com</u> if you have any questions.

Thank you,

LTI Compensation


Begin forwarded message:

**From:** UBS <<u>elert@ubs.com</u>>
**Date:** May 2, 2017 at 7:18:07 AM EDT
**To:** <u>elert@ubs.com</u>
**Subject: Request: Please go online to view and act on your equity grant**
**Reply-To:** <u>aig@ubs.com</u>

Congratulations on receiving your 2017 AIG Long-Term Incentive (LTI) awards of Performance Share Units (PSU) and Restricted Stock Units (RSU). It is now very important for you to review and accept the terms and conditions of each of these awards held at UBS Financial Services Inc. (UBS). You must accept each award agreement separately:  one for your PSUs and one for your RSUs.


**Why this is important and what you need to do**
AIG requests that you accept the terms and conditions of your LTI awards **within 90 days** otherwise you may forfeit your right to these awards.


Here are specific instructions on what to do
- Log on to the UBS One Source website at  https://www.ubs.com/onesource/aig
- Follow the prompts to accept the terms and conditions of each of your two awards
- If you have not logged into your account recently, you may also be prompted to update your contact information and complete an account authorization form W-9 (for U.S. participants) or W-8BEN (for non-U.S. participants)
- If you have forgotten your UBS One Source password, please click on the login page "Forgot Password?" link
- If you have not yet received a password, click on the login page "First Time?" link and follow the prompts. To use this function, you need to be at a computer where you can receive an email from UBS sent to your AIG email address.

**Contact Us**
Please refer to the contact information available below and on the UBS One Source website for assistance related to this account.

UBS Financial Services Inc.
Equity Plan Advisory Services
Telephone: 1-844-AIG-1101 or 1-844-244-1101 (from within the U.S.)
          +1-201-272-7676 (from outside the U.S.)
E-mail:    aig@ubs.com
Website:   https://www.ubs.com/onesource/aig




Please visit our website at

CONFIDENTIAL

http://financialservicesinc.ubs.com/wealth/E-maildisclaimer.html
for important disclosures and information about our e-mail
policies. For your protection, please do not transmit orders
or instructions by e-mail or include account numbers, Social
Security numbers, credit card numbers, passwords, or other
personal information.

CONFIDENTIAL

AIG_0004915