# Exhibit AAA

Delivery Report

| | |
|---|---|
| **From:** | Microsoft Outlook [MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@aig.onmicrosoft.com] |
| **Sent:** | 7/26/2017 2:34:31 PM |
| **To:** | LTICompensation [LTICompensation@aig.com] |
| **Subject:** | Delivered: RE: URGENT - 2017 LTI Award to be CANCELLED |
| **Attachments:** | RE_ URGENT - 2017 LTI Award to be CANCELLED .msg |

Your message

| | |
|---|---|
| **To:** | aaron.katzel@gmail.com |
| **CC:** | LTICompensation |
| **Subject:** | RE: URGENT - 2017 LTI Award to be CANCELLED |
| **Sent:** | 7/26/2017 2:34:30 PM |

## Your message has been delivered to the following recipients:

LTICompensation (LTICompensation@aig.com)

Subject: RE: URGENT - 2017 LTI Award to be CANCELLED

Message

| | |
|---|---|
| **From:** | LTICompensation [LTICompensation@aig.com] |
| **Sent:** | 7/26/2017 2:34:30 PM |
| **To:** | aaron.katzel@gmail.com |
| **CC:** | LTICompensation [LTICompensation@aig.com] |
| **Subject:** | RE: URGENT - 2017 LTI Award to be CANCELLED |
| **Importance**: | High |

Aaron,
I've attempted to reach you on your 917 phone number but have had no luck connecting. Your 2017 LTI awards in your UBS account will be frozen next week and you will not be able to accept your awards; you run the risk of cancellation. Please accept your awards asap and please feel free to ring me at 212-770-3395 with any questions or for assistance.
Regards,
Jo-Ann



Jo-Ann Gomez | Human Resources | Global Compensation
175 Water Street | 20th Floor | New York, NY 10038
Office 212-770-3395 | Mobile 347-443-1440 | jo-ann.gomez@aig.com

---

**From:** Gomez, Jo-Ann
**Sent:** Monday, July 24, 2017 10:50 AM
**To:** 'aaron.katzel@gmail.com'
**Cc:** LTICompensation
**Subject:** URGENT - 2017 LTI Award to be CANCELLED
**Importance:** High

Aaron,
I am following up on the note below regarding your outstanding 2017 LTI grant acceptance. As indicated below, you have a short window left to accept your 2017 LTI awards or they will be cancelled. You can access your UBS account using the Bold Blue link in the first email below.

Please call me at 212-770-3395 with any questions or if you need assistance.
Regards,
Jo-Ann



Jo-Ann Gomez | Human Resources | Global Compensation
175 Water Street | 20th Floor | New York, NY 10038
Office 212-770-3395 | Mobile 347-443-1440 | jo-ann.gomez@aig.com

---

**From:** LTICompensation
**Sent:** Monday, July 10, 2017 2:39 PM
**To:** LTICompensation
**Subject:** URGENT - 2017 LTI Award to be CANCELLED

This note is to remind you that immediate action is required on your 2017 LTI Award.
You have been sent numerous communications letting you know you need to accept the terms and conditions of your 2017 LTI Award.
As of today you still have not accepted your award. I am writing to tell you that you **must accept your LTI award by the no later than August 4th** otherwise your award **will be cancelled**.
The link to the UBS site is located in the reminder email below.
Please contact terri.kuhr@aig.com or jo-ann.gomez@aig.com if you have any questions.

Regards,
LTI Compensation

---

**From:** LTICompensation
**To:** LTICompensation
**Subject:** URGENT: Action Needed on Your 2017 Long Term Incentive (LTI) Award

*You are receiving the following message from Global Compensation as a recipient of a 2017 Long-Term Incentive Award*


Dear Colleague,

We are writing to remind you to accept the terms and conditions of your 2017 Long-Term Incentive award, and to offer any assistance you may need to complete this process.

Your immediate attention at this time is required.  Failure to accept your award within 90 days of receiving initial communications may result in cancellation of your 2017 award.

To accept your LTI award, please access your UBS account using the link below.

## http://www.ubs.com/onesource/aig

Information about the 2017 LTI Program is available in the UBS Library.

If you have any questions or concerns, please email LTICompensation@aig.com