# Exhibit HHH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

AARON KATZEL,                                            20-CV-7220 (AKH)(SDA)

                        Plaintiff,

                                                         PLAINTIFF'S SUPPLEMENTAL
        - against -                                      RESPONSE TO
                                                         DEFENDANT AIG'S FIRST
AMERICAN INTERNATIONAL GROUP, INC.,                      SET OF INTERROGATORIES
                        Defendant.
-----------------------------------------------------------------X

        COMES NOW Plaintiff, Aaron Katzel ("Katzel" or "Plaintiff"), by his attorneys, The

Law Office of Neal Brickman, P.C., 420 Lexington Avenue - Suite 2811, New York, New York

10170, and as and for a supplemental response to Defendant's, American International Group,

Inc. ("AIG" or "Defendant"), First Set of Interrogatories ("Interrogatories"), states and alleges as

follows:

<u>General Objections</u>

        1.      Plaintiff maintains each and every one of the objections set forth in his initial

responses of August 16, 2021, as if fully set forth herein at length.

**<u>INTERROGATORIES</u>**

        11.     Identify with specificity all federal laws and regulations that allegedly You
                reasonably believed AIG's conduct had violated when, as alleged in the
                Complaint, You engaged in activity protected by 18 U.S.C. § 1514A.

        Without waiving any objections, whether raised in his initial responses from August 16,

2021, or otherwise, Mr. Katzel supplements his initial response by additionally referencing

Securities Exchange Act Section 13(b)(2)(B), Securities Exchange Act Rules 13a-15(a),

13a-15(c), 13a-15(d), and 15d-15(c), concerning internal controls and management obligations

1

and representations concerning the same, as well as Securities Exchange Act Rule 13(b)(2)

concerning record keeping and proper maintenance of internal control concerning, *inter alia*,

record keeping. Mr. Katzel specifically reserves the right to supplement this response.

Dated: New York, New York
      November 1, 2021

                        The Law Offices of Neal Brickman, P.C.
                        Neal Brickman (NB0874)
                        Ethan Leonard (EL2497)
                        420 Lexington Avenue - Suite 2811
                        New York, New York 10170
                        Telephone: (212) 986-6840
                        Fax: (212) 986-7691
                        neal@brickmanlaw.com

## VERIFICATION

State of California        }
                           }  ss.:
County of  *Alameda*       }

Aaron Katzel, being duly sworn, deposes and says:

I am the plaintiffs herein.  I have read the foregoing Supplemental Interrogatory

Response, and know the contents thereof.  The same are true to my own knowledge, except as to

matters alleged on information and belief, and as to those matters, your affiant believes them to

be true.

> A notary public or other officer completing this Certificate Verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

_____
Aaron Katzel

Sworn to before me this
/ day of November, 2021

State Of California  County of Alameda
Subscribed & Sworn to (or affirmed) before me
On this ___/___ day of *November* 2021
by  *Aaron Katzel*
Proved to me on the basis of satisfactory evidence to be
the person(s) who appeared before me .

_____
NOTARY PUBLIC

_____

> CRISTIAN DEL TORO-DELGADO
> COMM. # 2253958
> NOTARY PUBLIC · CALIFORNIA
> ALAMEDA COUNTY
> My Commission Expires
> AUGUST 13, 2022

3