**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
AARON KATZEL,

                     Plaintiff,

    -against-                                      20 **CIVIL** 7220 (AKH)

                                                     **JUDGMENT**

AMERICAN INTERNATIONAL GROUP,

                     Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order and Opinion dated September 23, 2022, Defendant's motion for summary judgment is granted. Judgment is entered in favor of Defendant with costs; accordingly, the case is closed.

**Dated:** New York, New York

       September 30, 2022

                                                        **RUBY J. KRAJICK**

                                                        _____
                                                          **Clerk of Court**

                                     **BY:**        K. Mango

                                                          _____
                                                          **Deputy Clerk**