**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
AARON KATZEL,

                Plaintiff,

   -against-                                     20 **CIVIL** 7220 (AKH)

                                                      **AMENDED JUDGMENT**

AMERICAN INTERNATIONAL GROUP,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Order and Opinion dated November 28, 2022, Defendant's motion to amend the judgment is granted. Judgment is entered in favor of Defendant with costs; accordingly, the case is closed.

**Dated:** New York, New York

      November 28, 2022

                                                  **RUBY J. KRAJICK**

                                                    **Clerk of Court**

                            **BY:**     *K. Mango*

                                                    **Deputy Clerk**